UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

NIKOL HAVRANEK,

    Plaintiff,                                          CASE NO.: 20-cv-80816-DMM

vs.

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, NIKOL HAVRANEK and her undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant, UNIVERSITY OF FLORIDA, BOARD OF TRUSTEES.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                         By: **/s/ Gregory S. Sconzo**
                                                                         Gregory S. Sconzo, Esq.
                                                                         Florida Bar No.: 0105553
                                                                         Sconzo Law Office, P.A.
                                                                         3825 PGA Boulevard, Suite 207
                                                                         Palm Beach Gardens, FL 33410
                                                                         Telephone: (561) 729-0940
                                                                         Facsimile: (561) 491-9459
                                                                         Service Email: sconzolaw@gmail.com
                                                                         Email: greg@sconzolawoffice.com
                                                                         Attorney for Plaintiff