UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-80816-CV-MIDDLEBROOKS/BRANNON

NIKOL HAVRANEK,

        Plaintiff,

vs.

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,

        Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed on July 14, 2020. (DE 14). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of Court shall **CLOSE THIS CASE.**

3. The Clerk shall also **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 14th day of July, 2020.

Donald M. Middlebrooks
United States District Judge